■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD HOFF, Appellant. [701 NYS2d 638] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Browne, J.), rendered September 8, 1997, convicting him of burglary in the first degree and arson in the second degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review or do not require reversal. Ritter, J. P., Altman, Schmidt and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MALBRANCHE, Appellant. [701 NYS2d 638] —Appeal by the defendant from an amended judgment of the Supreme Court, Kings County (Vaughan, J.), rendered March 5, 1997, revoking a sentence of probation previously imposed by the same court (Rooney, J.), upon a finding that he had violated a condition thereof, after a hearing, and sentencing him to a term of imprisonment, upon his previous conviction of attempted criminal sale of a controlled substance in the third degree.

Ordered that the appeal is dismissed.

The defendant has been deported. Accordingly, the appeal is dismissed (*see, People v DelRio,* 13 NY2d 899; *People v Forde,* 182 AD2d 830; *People v Ospina,* 143 AD2d 952). O'Brien, J. P., Sullivan, Goldstein, Luciano and Feuerstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED MANCUSO, Appellant. [701 NYS2d 637] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 17, 1979 (*People v Mancuso,* 71 AD2d 994), affirming a judgment of the Supreme Court, Kings County, rendered May 11, 1978.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Friedmann, Feuerstein and Smith, JJ., concur.